**Tamara Stone ENDERUD, Appellant,**

v.

**GEORGE JACKSON MENTAL HEALTH CENTER,**
**Defendant,**

**ARKANSAS DEPARTMENT OF HUMAN SERVICES, (Originally sued as George Jackson Mental Health Center) also known as George Jackson Mental Healthcare, Appellee.**

No. 00–1028.

United States Court of Appeals,
Eighth Circuit.

Submitted Feb. 21, 2001.

Decided Feb. 26, 2001.

Before BOWMAN, BEAM, and LOKEN, Circuit Judges.

PER CURIAM.

Tamara Stone–Enderud appeals the district court's[1] judgment in favor of defen-

---

1. The HONORABLE HENRY WOODS, United States District Judge for the Eastern District of Arkansas.

dant following a bench trial in her employment discrimination action. After careful consideration of the arguments in Stone–Enderud's brief, we conclude that the district court's judgment should be affirmed. Stone–Enderud fails to direct us to anything in the record which would show that the district court erred in entering judgment against her after finding that her former employer did not engage in intentional discrimination against her based on her religion.

Accordingly, we affirm. *See* 8th Cir. R. 47B.